UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| James J. O'Hagan,<br><br>　　　　　Appellant,<br><br>　　v.<br><br>Northwest Farm Credit Services FCLA,<br><br>　　　　　Appellee. | CIVIL NO. 07-5122RJB<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, United States District Judge Robert J. Bryan:

　　　Appellant James J. O'Hagan filed a Notice of Appeal in the U.S. Bankruptcy Court of the Western District of Washington at Tacoma on February 14, 2007. Dkt. 1-2, at 1, 5. On June 15, 2007, the Bankruptcy Court issued an order regarding the briefing schedule for this appeal. Dkt. 10. On July 17, 2007, pursuant to Minute Order, this Court amended the briefing schedule and set August 27, 2007 as the due date for the filing of Appellant's brief. Dkt. 13. On August 29, 2007, Appellee advised this Court that the Appellant had filed a "Brief of Appellant" in the Adversary Proceeding with the Bankruptcy Court on June 4, 2007 (Adversary Case No. 04-4253PHB, Dkt. 245). Dkt. 14. Appellant is pro se in this matter, and appears to have mistakenly filed his brief in the Bankruptcy Court proceeding, rather than in the District Court.

　　　The Clerk is directed to file a copy of the Appellant's brief (Adversary Case No. 04-4253PHB, Dkt. 245) in this Court under Civil No. 07-5122RJB.

　　　DATED this 5th day of September, 2007.

　　　The foregoing Minute Order authorized by THE HONORABLE ROBERT J. BRYAN, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER